**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION DIVISION**

| | | |
|---|---|---|
| IN RE: SHARON GABLE | § | CASE NO: 05-33234-H4-3 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake,the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$4,659.37** owed to **SHARON GABLE** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

**SIGNED** this the _____day of _____.

_____
**DEPUTY CLERK**