

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**11/17/2009**

IN RE: §        Case No.   05-33234-H4-13

Sharon Gable

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __70__ ) is denied for the following reason(s):

1.  _____   Applicant's signature is not notarized.

2.  _____   Amount being requested is not the amount deposited on behalf of the original claimant.

3.  ___X___   Application was not served on U.S. Attorney and U.S. Trustee.

4.  ___X___   Proposed Order not filed by applicant.

5.  _____   Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6.  _____   Other:

Signed ___11-16-2009___

_____
United States Bankruptcy Judge